IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SYD A. HASAN,                               Civ. No. 07-132-HO

        Plaintiff,                  JUDGMENT

  v.

Commissioner of Social Security,

        Defendant.

    The decision of the Commissioner is reversed.  This matter is remanded to the Appeals Council, for remand to the administrative law judge, for further proceedings and a new decision.

    DATED this __31st__ day of May, 2008.

                                                        s/ Michael R. Hogan
                                        United States District Judge