**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, Oregon 97035
Telephone: (503) 251-0707
Fax: (503 251-0708
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

**SYD A. HASAN**
    Plaintiff,

vs.

**COMMISSIONER,**
Social Security Administration,

    Defendant.

Civil No.: 07-132-HO

ORDER REGARDING FEES PURSUANT TO THE EQUAL ACCESS FOR JUSTICE ACT (EAJA)

Based upon a review of the file and noting the stipulation of the parties, it is hereby ORDERED that the plaintiff, Syd A. Hasan, on behalf of his attorney, Karen Stolzberg, is hereby entitled to an award of fees under the EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412 et. seq., in the amount of $5000.00.

The check for EAJA fees shall be made payable to Karen Stolzberg, Attorney at Law and mailed to her office at:

11830 SW Kerr Parkway, #315
Lake Oswego, OR 97035

ORDER RE: EAJA FEES [07-690]
PAGE 1

DATED 20 Aug. , 2008.

/s/ Michael R. Hogan
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
KAREN STOLZBERG
Attorney for Plaintiff
Syd A. Hasan

ORDER RE: EAJA FEES [07-690]
PAGE 2